UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

APRYL L. CASEY                                              Case No. 11-03322-BKC-3G7

            Debtor(s).
_____

### TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

#### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 2004 Kia, VIN - KNAGD126645321878, and 2006 Chevrolet Aveo, VIN - KL1TD56626B580057, for the total sum of $2,160.00, to be paid in twelve monthly installments of $180.00 per month to the trustee, commencing September 15, 2011, and continuing on the 15th day of each month until paid in full. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 21, 2011.

                                              _____
                                              GREGORY K. CREWS, Trustee
                                              8584 Arlington Expressway
                                              Jacksonville, Florida 32211
                                              (904) 354-1750
                                              Florida Bar No. 172772

Mailed to creditors and parties in interest on October 21, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**APRYL L. CASEY**  Case No. **11-03322-BKC-3G7**

_____Debtor(s)._____

### CERTIFICATE OF SERVICE OF TRUSTEE'S
### NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October 21, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

_____
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:11-bk-03322-PMG<br>Middle District of Florida<br>Jacksonville<br>Fri Oct 21 09:01:51 EDT 2011 | Ally Automtoive Financiang<br>POB 380901<br>Bloomington, MN 55438-0901 | American Express<br>POB 981535<br>El Paso, TX 79998-1535 |
| American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Donald Appignani<br>Donald Appignani PA<br>389 Palm Coast Pkwy SW #4<br>Palm Coast, FL 32137-4772 | Bank Of America<br>POB 15026<br>Willmington, DE 19850-5026 |
| Bank Of America<br>POB 15026<br>Wilmington, DE 19850-5026 | Barclays Bank Delaware<br>Att: Credit Bureau<br>125 S West St<br>Wilmington, DE 19801-5014 | CANDICA L.L.C.<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |
| Apryl L. Casey<br>114 Lobelia Rd.<br>St. Augustine, FL 32086-6512 | Chase<br>POB 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| Gregory K Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | St. Johns County Tax Collector<br>Dennis W. Hollingswo<br>Post Office Box 9001<br>Saint Augustine FL 32085-9001 | United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 |
| United States Trustee - JAX 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | Wagner & Hunt, P.A.<br>POB 934788<br>Margate, FL 33093-4788 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover
POB 30943
Salt Lake City, UT 84130

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 | (u)Paul M. Glenn<br>Jacksonville | End of Label Matrix<br>Mailable recipients  22<br>Bypassed recipients   2<br>Total                24 |